## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SETH HETTENA,** | ) |
| 9220 Virginian Lane | ) |
| La Mesa, CA 91941 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Office of Public Affairs | ) |
| Washington, D.C. 20505 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.     Plaintiff, SETH HETTENA, brings this Freedom of Information Act suit to force Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") to produce the CIA Inspector General's investigative report from November 2005 regarding the death of Mandel al-Jamadi. Mr. Al-Jamadi died while in CIA's custody at the Abu Ghraib Prison in November 2003.  His death was ruled as a homicide.  In violation of the Freedom of Information Act, CIA has failed to issue a determination letter within twenty business days and failed to produce the records promptly.

## PARTIES

2.     Plaintiff Seth Hettena is an investigative journalist, whose work has been featured in *The New Yorker, Rolling Stone, The New York Times, The New Republic,* and *The Los Angeles Times.*  HETTENA made the FOIA request at issue in this case.

3.     Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**BACKGROUND**

6.      In the early morning hours of November 4, 2003, Mandel al-Jamadi was captured in a joint Navy SEAL/CIA mission in his home south of Baghdad.  U.S. Department of the Army Criminal Investigation Command, 0237-03-CID259-61219, CID Report of Investigation (Oct. 16, 2004) at 1 (*available at* The Torture Database, American Civil Liberties Union, https://www.thetorturedatabase.org/document/cid-report-death-0237-03-cid259-61219?search_url=search/apachesolr_search/jamadi&search_args=page=1).

7.      While transporting Al-Jamadi, whose wrists were bound with plastic flex cuffs and head was covered with a plastic bag, members of a Navy SEAL task unit repeatedly kicked, punched, and struck him with weapons.  CID Report of Investigation at 1, 19, and 27.  He was eventually sent to the Abu Ghraib prison.

8.      At Abu Ghraib, Al-Jamadi's hands were handcuffed behind his back.  A second pair of shackles connected Al-Jamadi's handcuffs to a barred window in the prison's shower room.  After about an hour of CIA interrogation, Al-Jamadi was found dead.  At the time of his death, Al-Jamadi was suspended by his wrists, which were being wrenched up behind his back—a position widely recognized by human rights experts as torture.

9.      The Army's investigation notes that the CIA Inspector General's office had found that the CIA agency personnel who were involved in the interrogation of Al-Jamadi "had not been entirely truthful in their accounts of the incident."  CID Report of Investigation at 96.

10.     A deputy Armed Forces medical examiner concluded that Al-Jamadi's death was homicide.  Ex. 1.

11.     On February 20, 2004, the Inspector General of the CIA informed the Department of Justice that they had uncovered evidence of a possible crime, but the DOJ declined to prosecute.

12.     On April 1, 2004, then-Director of the CIA declassified the following information: "The fact that CIA personnel were present during the military's capture of Al-Jamadi; The fact that CIA personnel questioned Al-Jamadi at the SEAL compound at Baghdad International Airport; The fact that CIA personnel questioned Al-Jamadi at Abu Ghraib prison; Statements of CIA personnel (minus their names and other classified information) regarding what they did and what they observed during the capture and questioning of Al-Jamadi; and the fact that the CIA Office of Inspector General is investigating allegations of impropriety in the Al-Jamadi case."  Ex. 2.

13.     On November 3, 2005, the Inspector General of the CIA concluded its investigation and produced a report on Al-Jamadi's death.

## DECEMBER 18, 2021 FOIA REQUEST TO CIA

14.     On December 18, 2021, HETTENA submitted a FOIA request to CIA's Office of Inspector General for "a copy of the concluding document (report of investigation, final report, closing memo, referral letter) of an investigation into the death of Manadal al-Jamaidi (aka Mandel al-Jamadi), including but not limited to an IG report dated November 3, 2005."  Ex. 3.

15.     While the CIA was previously allowed to withhold this record under various exemptions, *ACLU v. CIA,* 892 F.Supp.2d 234 (2012), the facts have changed significantly since that time, including the release of the Senate Select Committee on Intelligence's report on CIA's Detention and Interrogation Program.  S. Rep No. 113-288 at 146-148 (2014).

16.     On January 11, 2022, CIA acknowledged receipt of the request and assigned reference number F-2022-00543 to the matter.  Ex. 4.

17.     Having received no further correspondence from CIA, HETTENA sought an estimated date of completion for the request on February 7, 2022, but CIA never responded.  Ex. 5.

18.     As of the date of this filing, CIA has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person. Nor has the CIA complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

### COUNT I– CIA'S FAILURE TO ISSUE A DETERMINATION

19.     The above paragraphs are incorporated herein.

20.     The request seeks the disclosure of agency records and was properly made.

21.     CIA is a federal agency and subject to FOIA.

22.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23.     CIA has failed to issue a determination within the statutory deadline.

### COUNT II – CIA'S FAILURE TO CONDUCT A REASONABLE SEARCH

24.     The above paragraphs are incorporated herein.

25.     The request seeks the disclosure of agency records and was properly made.

26.     CIA is a federal agency and subject to FOIA.

27.     CIA has failed to conduct a reasonable search for records responsive to the request.

## COUNT III – CIA'S FAILURE TO PRODUCE RECORDS

28.     The above paragraphs are incorporated herein.

29.     The request seeks the disclosure of agency records and was properly made.

30.     CIA is a federal agency and subject to FOIA.

31.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

32.     CIA has failed to produce records responsive to the request.

**WHEREFORE**, HETTENA asks the Court to:

i.      declare that CIA violated FOIA;

ii.     order CIA to conduct a reasonable search for records;

iii.    order CIA to issue a determination;

iv.     order CIA to promptly produce all non-exempt requested records or portions of records;

v.      enjoin CIA from withholding non-exempt public records under FOIA;

vi.     award Plaintiffs attorneys' fees and costs; and

vii.    award such other relief the Court considers appropriate.


Dated:  March 31, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff
SETH HETTENA

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com