UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 22-0877 (JEB) (ECF) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) | |
| Defendant. | ) ) ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and LCvR 7(h), the Central Intelligence Agency ("Defendant"), by and through the undersigned counsel, respectfully submits this Motion for Summary Judgment in response to the Complaint filed by Seth Hettena ("Plaintiff").

In support, Defendant respectfully directs the Court attention to the attached Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, Statement of Undisputed Material Facts as well as Declaration of Vance Blaine and supporting exhibits attached thereto.

March 3, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
601 D Street, N.W. – Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA,  Plaintiff,  v.  CENTRAL INTELLIGENCE AGENCY,  Defendant. | Civil Action No. 22-0877 (JEB) (ECF) |

### ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is GRANTED; and it is

**FURTHER ORDERED**, that summary judgment is warranted and awarded to Defendant.

_____
HON. JAMES E. BOASBERG
United States District Judge

DATE