Approved for Release: 2024/01/08 C05758316
~~SECRET~~//MR

# RECOMMENDATION

~~(S)~~ The Director, Central Intelligence Agency should ▓▓▓▓▓▓▓▓▓▓ regarding the events surrounding the death of Manadal Al-Jamaidi. ▓▓▓▓▓▓▓▓▓▓

(b)(1)
(b)(3) CIAAct
(b)(3) NatSecAct
(b)(5)
(b)(6)
(b)(7)(c)

CONCUR:

*[signed] J. Helgerson*     3 Nov. '05

John L. Helgerson                    Date
Inspector General

~~SECRET~~//MR
Approved for Release: 2024/01/08 C05758316