UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 22-877 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [17] Motion for Summary Judgment is DENIED;

2. Defendant's [13] Motion for Summary Judgment is GRANTED; and

3. Judgment is ENTERED in favor of Defendant.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: March 22, 2024